**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | | |
|---|---|---|
| **WELLS FARGO** | | |
| **FINANCIAL LEASING INC.** | | **PLAINTIFF** |
| | | |
| **vs.** | **5:10CV00124-WRW** | |
| | | |
| **STILLWATER FARMS a/k/a** | | |
| **STILLWATER FARMS PARTNERSHIP and** | | |
| **ROGER CHILDRESS** | | **DEFENDANTS** |

**ORDER**

Pending is Plaintiff's Motion For Default Judgment (Doc. No. 6), to which Defendants have not responded.[1]

Plaintiff filed its Complaint on April 26, 2010, alleging breach of several contracts between the parties.[2] On June 5, 2010, both Defendants were served with the lawsuit.[3] No response to the Complaint was filed by either Defendant within the time prescribed by Rule 12. On July 15, 2010, Plaintiff filed a Motion for Entry by Default, and on July 26, 2010, the Clerk entered a Default against both Defendants.[4]

Plaintiff's request for default judgment on liability against each Defendant on all the claims asserted by Plaintiff is GRANTED (Doc. No. 6). Specifically, Plaintiff is entitled to judgment on liability against 1) Defendant Stillwater for breach of each of the "Stillwater Contracts;" 2) Defendant Roger Childress as personal guarantor on each of the "Stillwater Contracts;" and 3) Defendant Roger Childress for breach of the "Childress Contract."

---

[1] Defendants' Response was due August 16, 2010.

[2] Doc. No. 1.

[3] Doc. Nos. 2, 3.

[4] Doc. Nos. 4, 5.

2

Plaintiff should submit a brief (and affidavits or other necessary evidence) on the issue of damages by 5:00 p.m., Thursday, September 2, 2010, and Defendants should respond by 5:00 p.m., Thursday, September 16, 2010.

IT IS SO ORDERED this 18th day of August, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE