UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

September 23, 2010

Mr. Blair Beavers Evans
Baker, Donelson, Bearman, Caldwell & Berkowitz
First Tennessee Bank Building
165 Madison Avenue
Suite 2000
Memphis, TN 38103

RE: Attorney's fees in *Wells Fargo v. Stillwater Farms, et al.*, No. 5:10-CV-00124-WRW

Dear Mr. Evans:

You should provide me with details regarding your requests for attorneys' fees by 5 p.m., Thursday, October 7, 2010. See Local Rule 54.1.

Cordially,

/s/Wm. R. Wilson, Jr.

Original to the Clerk of the Court

CC: other counsel of record